UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 25-2416

_____

PRIYA SAXENA,

Plaintiff - Appellee,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigrations and Customs Enforcement,

Defendants - Appellants.

_____

**APPELLANTS' MOTION TO DISMISS APPEAL**
_____

Pursuant to Federal Rule of Appellate Procedure 42(b), Defendants - Appellants, by and through Assistant United States Attorney Alexis A. Warner, respectfully move for voluntary dismissal of the appeal in the above-captioned case, with each side to bear its own fees and costs.

Dated and electronically filed this 24th day of October, 2025.

RONALD A. PARSONS, JR.
UNITED STATES ATTORNEY

*/s/ Alexis A. Warner*
Assistant U.S. Attorney
District of South Dakota
P.O. Box 2638
Sioux Falls, SD 57101-2638
(605) 357-2320
Alexis.Warner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Alexis A. Warner
Assistant U.S. Attorney

**CERTIFICATE OF COMPLIANCE**

I certify that pursuant to Fed. R. App. P. 32(g)(1), this motion was prepared using Microsoft Word for Microsoft Office 365. I further certify that pursuant to Fed. R. App. P. 27(d)(2)(A)-(D), the motion is proportionately spaced, has a typeface of Times New Roman 14-point font, and contains 54 words.

/s/ Alexis A. Warner
Assistant U.S. Attorney

2