UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No. 25-2416
_____

PRIYA SAXENA,

Plaintiff - Appellee,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security;
DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, in his
official capacity as Acting Director of U.S. Immigrations and Customs
Enforcement,

Defendants - Appellants.

_____

**Dr. Saxena's Opposition to
Defendants' Motion for Order that Each Side
Bear Its Own Fees and Costs**

_____

Dr. Saxena does not object to the government's motion to dismiss its

appeal, but objects to the government's request that this Court order that each

side bear its own fees and costs. Any such order would be unjustified,

because at the conclusion of this litigation, if Dr. Saxena is a prevailing party,

she has the right to seek attorney fees and costs pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412(b), including fees and costs for defending this appeal.  If this Court orders each side to bear its own fees and costs in this appeal, the government is certain to argue that the order precludes Dr. Saxena from later seeking fees and costs for this appeal under the Equal Access to Justice Act.

Dated: October 24, 2025     Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney
1617 Sheridan Lake Rd.
Rapid City, SD 57702
(605) 341-4400
jim@southdakotajustice.com

<u>Certificate of Compliance</u>

Pursuant to F.R.A.P. 28.1(e)(2)(B) and 32(g)(1), I certify that this brief is in Palatino Linotype 14-point font and contains 126 words.  It has been scanned for viruses and is virus-free.

/s/ James D. Leach
James D. Leach

2

## Certificate of Service

    I certify that on October 24, 2025, I filed this document electronically, thereby causing automatic electronic service to be made on all parties.

/s/ James D. Leach
James D. Leach

Appellate Case: 25-2416    Page: 3    Date Filed: 10/24/2025 Entry ID: 5571374